Re: In the Matter of Barry W. BELLINO, Petitioner.

(465 S.E. (2d) 573)

## ORDER

Petitioner filed a Petition for Reinstatement on July 19, 1995. After an investigation, Petitioner received the unanimous endorsement of the Committee on Character and Fitness (Rhodes did not participate).

After careful consideration of the Petition, it is hereby ordered that Barry W. Bellino is reinstated as an active member of the South Carolina Bar.